| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939  Fax: (213)388-2411<br>California State Bar No.: 175497<br><br>Attorney for Debtor | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>Jesus Jose Chaidez<br><br>                                                        Debtor(s). | |
|---|---|
| Jesus Jose Chaidez<br>                                                        Plaintiff(s),<br><br>vs.<br><br>Bank of America, N.A.<br>                                                        Defendant(s). | CHAPTER: 13<br>CASE NO.: 2:09-bk-36646-VZ<br>ADVERSARY NO.: 2:10-ap-1721-VZ<br><br>(No Hearing Required) |

## MOTION FOR DEFAULT JUDGMENT
## UNDER LOCAL BANKRUPTCY RULE 7055-1

TO THE DEFENDANT, DEFENDANT'S ATTORNEY AND OTHER INTERESTED PARTIES:

1. Name of Defendant(s) against whom default judgment is sought *(Name)*:
   Bank of America, N.A.

2. Plaintiff filed the Complaint in the above-captioned proceeding on *(specify date)*: 4/17/10

3. The Summons and Complaint were served on Defendant by ☐ Personal Service ☒ Mail Service
   on the following date *(specify date)*: 4/20/10

4. A conformed copy of the completed Return of Summons form is attached hereto.

5. The time for filing an Answer or other response expired on *(specify date)*: 5/19/10

6. No Answer or other response has been filed or served by Defendant.

7. The default of Defendant:
   a. ☐ Has not yet been entered, but is hereby requested
   b. ☒ Was entered on *(specify date)*: 6/2/10

8. **A Status Conference:**
   a. ☒ Is scheduled for *(specify date, time, and place)*: 6/24/10 at 10:00am, 255 E. Temple St, CRtRM 1368
   b. ☐ Was held on *(specify date, time, and place)*:

*(Continued on next page)*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 7055-1.2

Motion for Default Judgment under Local Bankruptcy Rule 7055-1 - *Page 2*    F 7055-1.2

| In re | CHAPTER: 13 |
|---|---|
| Jesus Jose Chaidez | |
| Debtor(s). | CASE NO.: 2:09-bk-36646-VZ |

Adv No. 10-1721-VZ

9. As proof that Plaintiff is entitled to the relief requested in the Complaint, Plaintiff:

   a. ☒ Relies on the Complaint and documents attached thereto.

   b. ☐ Attaches the following documents to establish a prima facie case.

   (1) ☐ Declaration of *(specify)*:

   (2) ☐ Declaration of *(specify)*:

   (3) ☐ Other *(specify)*:

10. As further support for entry of a Default Judgment, Plaintiff submits a Memorandum of Points and Authorities *(Optional)*.

11. **DECLARATION OF NON-MILITARY STATUS:** No defendant named in Paragraph 1 above is in the military service so as to be entitled to the benefits of the Servicemembers Civil Relief Act (Pub. L. 108-189) (50 U.S. Code App. §§ 501-594). The undersigned declares under penalty of perjury that this statement of defendant's non-military status is true and correct and is made under penalty of perjury under the laws of the United States of America based upon the undersigned's review of said Defendant's Statement of Affairs and Statement of Income and Expenditures filed in this case and is based upon the undersigned's lack of any information or belief that there has been any change of circumstances as to defendant's non-military status.

12. Defaulting party is not an infant or incompetent party.

WHEREFORE, Plaintiff prays that this Court enter a Default Judgment in favor of Plaintiff. A Copy of the proposed Default Judgment is submitted herewith and has been served.

Dated: 6/5/10

Respectfully submitted,

Law Office of L. Bishop Austin
*Firm Name*

By: *[signature]*

Name: L. Bishop Austin
*Attorney for Plaintiff or Plaintiff*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 7055-1.2

Motion for Default Judgment under Local Bankruptcy Rule 7055-1 - *Page 3*    F 7055-1.2

| In re | CHAPTER: 13 |
|---|---|
| Jesus Jose Chaidez | |
| Debtor(s). | CASE NO.: 2:09-bk-36646-VZ |

Adv No. 10-1721-VZ

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3250 WILSHIRE BLVD., STE 1500
LOS ANGELES, CA 90010

A true and correct copy of the foregoing document described as <u>Motion for Default under Local Bankruptcy Rule 7055-1</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>6/5/10</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On <u>6/5/10</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/5/10 | Moises Lopez | /s/ Moises Lopez |
|---|---|---|
| Date | Type Name | Signature |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 7055-1.2

January 2009

| In re | CHAPTER 13 |
|---|---|
| Jesus Jose Chaidez | |
| Debtor. | CASE NUMBER 2:09-bk-36546-VZ |

ADDITIONAL SERVICE INFORMATION (if needed):

JESUS JOSE CHAIDEZ
8470 GARDEN VIEW AVENUE
SOUTH GATE, CA 90280

L BISHOP AUSTIN & ASSOCIATES
L BISHOP AUSTIN
3250 WILSHIRE BLVD., STE 1500
LOS ANGELES, CA 90010

CHAPTER 13 TRUSTEE
NANCY K. CURRY
606 S. OLIVE ST., STE 950
LOS ANGELES, CA 90014

BANK OF AMERICA, N.A.
AGENT FOR SERVICE OF PROCESS
CT CORPORATION SYSTEM
818 WEST SEVENTH STREET
LOS ANGELES, CA 90017

BANK OF AMERICA, N.A.
1757 TAPO CANYON ROAD
MAIL STOP: CA6-913-LB-11
SIMI VALLEY, CA 93063

BANK OF AMERICA, N.A.
475 CROSSPOINT PARKWAY/POST OFFICE 9000
GETZVILLE, NEW YORK 14068

VIA CERTIFIED MAIL
BANK OF AMERICA, N.A.
ATTN.: FALENA L BRYDEN
PO BOX 26012
NC4-105-03-14
GREENSBORO, NC 27420

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

January 2009 (COA-SA)

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Case 2:10-ap-01721-VZ    Doc 8    Filed 06/05/10    Entered 06/05/10 13:43:05    Desc
                Main Document    Page 5 of 10

Case 2:10-ap-01721-VZ    Doc 7    Filed 06/02/10    Entered 06/02/10 08:19:00    Desc
                Main Document    Page 7 of 19

Case 2:10-ap-01721-VZ    Doc 4    Filed 05/11/10    Entered 05/11/10 19:36:41    Desc
                Main Document    Page 1 of 11

Case 2:10-ap-01721-VZ    Doc 2    Filed 04/19/10    Entered 04/19/10 09:23:53    Desc
                Main Document    Page 1 of 2

Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number

Leroy Bishop Austin
3250 Wilshire Blvd Ste 1500
Los Angeles, CA 90010-1502
213-388-4939
Fax : 213-388-2411
Email: lbishopbk@yahoo.com

Attorney for Plaintiff

FOR COURT USE ONLY

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re:
Jesus Jose Chaidez

CHAPTER 13

CASE NUMBER LA09-36646-VZ

ADVERSARY NUMBER LA10-01721-VZ

Debtor.

Jesus Jose Chaidez

Plaintiff(s),

vs.

BANK OF AMERICA, NATIONAL ASSOCIATION

Defendant(s).

(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)

## SUMMONS AND NOTICE OF STATUS CONFERENCE

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by 5/19/2010 _____, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

Hearing Date: 06/24/2010    Time: 10:00 am    Courtroom: 1368    Floor: 13th

☒ 255 East Temple Street, Los Angeles    ☐ 411 West Fourth Street, Santa Ana
☐ 21041 Burbank Boulevard, Woodland Hills    ☐ 1415 State Street, Santa Barbara
☐ 3420 Twelfth Street, Riverside

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: 04/19/10

KATHLEEN J. CAMPBELL
Clerk of Court

By: _____ William C Kaaumoana
                     Deputy Clerk

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2010 (COA-5A)

F 7004-1

Case 2:10-ap-01721-VZ   Doc 8   Filed 06/05/10   Entered 06/05/10 13:43:05   Desc
              Main Document    Page 6 of 10

Case 2:10-ap-01721-VZ   Doc 7   Filed 06/02/10   Entered 06/02/10 08:19:00   Desc
              Main Document    Page 8 of 19

Case 2:10-ap-01721-VZ   Doc 4   Filed 05/11/10   Entered 05/11/10 19:36:41   Desc
              Main Document    Page 2 of 11

Case 2:10-ap-01721-VZ   Doc 2   Filed 04/19/10   Entered 04/19/10 09:23:53   Desc
     Summons and Notice of Status Conference - Page 2

F 7004-1

| In re | (SHORT TITLE) | CASE NO.: LA09-36846-VZ |
|---|---|---|
| Jesus Jose Chaidez | | |
| | Debtor(s). | LA10-01721-VZ |

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3250 Wilshire Blvd, Suite 1500, Los Angeles, CA 90010

A true and correct copy of the foregoing document described as **Summons and Notice of Status Conference Instructions and Debtor's Complaint to Determine Nature and Extent of Liens** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d), and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 4/20/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/20/10 | Moises Lopez | _Moses Lopez_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2010 (COA-SA)

F 7004-1

Case 2:10-ap-01721-VZ    Doc 8    Filed 06/05/10    Entered 06/05/10 13:43:05    Desc
                         Main Document    Page 7 of 10
Case 2:10-ap-01721-VZ    Doc 7    Filed 06/02/10    Entered 06/02/10 08:19:00    Desc
                         Main Document    Page 9 of 19
Case 2:10-ap-01721-VZ    Doc 4    Filed 05/11/10    Entered 05/11/10 19:36:41    Desc
                         Main Document    Page 3 of 11

Summons and Notice of Status Conference - *Page 2*        F 7004-1

| In re | CHAPTER 13 |
|---|---|
| Jesus Jose Chaidez | |
| Debtor. | CASE NUMBER 2:09-bk-36546-VZ |

ADDITIONAL SERVICE INFORMATION (if needed):

JESUS JOSE CHAIDEZ
8470 GARDEN VIEW AVENUE
SOUTH GATE, CA 90280

L BISHOP AUSTIN & ASSOCIATES
L BISHOP AUSTIN
3250 WILSHIRE BLVD., STE 1500
LOS ANGELES, CA 90010

CHAPTER 13 TRUSTEE
NANCY K. CURRY
606 S. OLIVE ST., STE 950
LOS ANGELES, CA 90014

BANK OF AMERICA, N.A.
AGENT FOR SERVICE OF PROCESS
CT CORPORATION SYSTEM
818 WEST SEVENTH STREET
LOS ANGELES, CA 90017

BANK OF AMERICA, N.A.
1757 TAPO CANYON ROAD
MAIL STOP: CA6-913-LB-11
SIMI VALLEY, CA 93063

BANK OF AMERICA, N.A.
475 CROSSPOINT PARKWAY/POST OFFICE 9000
GETZVILLE, NEW YORK 14068

VIA CERTIFIED MAIL
BANK OF AMERICA, N.A.
ATTN.: FALENA L BRYDEN
PO BOX 26012
NC4-105-03-14
GREENSBORO, NC 27420

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

January 2009 (COA-SA)        F 7004-1

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939  Fax: (213)388-2411<br>Email: Lbishopbk@yahoo.com<br>California State Bar Number: 175497<br>Attorney for Debtor<br><br>RECEIVED MAY 26 2010 | FILED JUN – 2 2010 |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re: Jesus Jose Chaidez

Debtor.

| Jesus Jose Chaidez                              Plaintiffs(s), | CHAPTER  13 |
|---|---|
| vs. | CASE NUMBER 2:09-bk-36646-VZ |
| BANK OF AMERICA, N.A | ADVERSARY NUMBER 2:10-ap-1721-VZ |
|                                                Defendant(s). | (No Hearing Required) |

### REQUEST FOR ENTRY OF DEFAULT UNDER
### LOCAL BANKRUPTCY RULE 9021-1

TO THE DEFENDANT, DEFENDANT'S ATTORNEY AND OTHER INTERESTED PARTIES:

1. Name of Defendant against whom default is sought:  BANK OF AMERICA, N.A.

2. Plaintiff filed the Complaint in the above-captioned proceeding on (specify date):  04/17/2010

3. The Summons and Complaint were served on Defendant by ☐ Personal Service  ☒ Mail Service on the following date:  April 20, 2010

4. A conformed copy of the completed Return of Summons form is attached hereto.

5. The time for filing an Answer or other response expired on (specify date):  May 19, 2010

6. No Answer or other response has been filed or served by Defendant.

WHEREFORE, Plaintiff requests that the Clerk of the Court enter the default of Defendant.

Dated:

| Default entered on (specify date): 6-2-10<br>JON D. CERETTO<br>Clerk of the Bankruptcy Court<br>By: _____<br>Deputy Clerk | Respectfully submitted,<br>L. BISHOP AUSTIN & ASSOCIATES<br>Firm Name<br>By: _____<br>Name: L. Bishop Austin 175497<br>Attorney for Plaintiff or Plaintiff |

Rev 5/98   This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    F

9021-1.2

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                              Best Case Bankruptcy

```
 1  LAW OFFICES OF L. BISHOP AUSTIN
    L. BISHOP AUSTIN, ESQ - Bar No.: 175497
 2  3250 Wilshire Blvd, Suite 1500
    Los Angeles, California 90010
 3  Telephone: (213) 388-4939
    Facsimile: (213) 388-2411
 4
    Attorney for Debtor
 5
```

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In Re: | CASE NO.: 2:09-bk-36646-VZ |
| Jesus Jose Chaidez | ADVERSARY NO. 10-1721-VZ |
| Debtor. | CHAPTER 13 |
| Jesus Jose Chaidez, | DECLARATION OF ATTORNEY L. BISHOP AUSTIN IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT UNDER LOCAL RULE 7055-1 |
| Plaintiff, vs. | |
| BANK OF AMERICA, N.A. | |
| Defendant. | |

I, L. Bishop Austin, declare as follows:

1. I have personal knowledge of the facts set forth herein, and if called upon as a witness, I could and would testify thereto.

2. I am admitted to practice in the Central District of California and in the State of California.

3. The complaint in the matter of Jesus Jose Chaidez v. Bank of America, N.A. (hereinafter "defendant"), case number 2:10-ap-1721-VZ was filed on 04/17/2010. The summons was issued on 04/19/2010. The summons, complaint, and notice of required compliance with federal rule of Bankruptcy Procedure 7026 and Local Bankruptcy Procedure 7026 and Local Bankruptcy Rule 7026-1 were served together on Defendant on 04/20/2010.

4. The deadline for Defendant to file a responsive pleading was 05/19/2010.

5. As of today May 25, 2010 no answer or responsive pleading has been filed by Defendant.

6. Therefore, Defendant has failed to defend.

7. I have attached hereto as "Exhibit 1" a true and correct copy of the proof of service of the summons along with a copy of the summons and the notice,

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on May 25, 2010, at Los Angeles, CA 90010.

Respectfully Submitted,

Dated: May 25, 2010          Law Offices of L. Bishop Austin

_____
L. Bishop Austin
Attorney for Debtor

2